# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, | ) Civil Action No. 2:21-cv-179 )  ) |
| Plaintiff, | ) **DEMAND FOR JURY TRIAL** ) |
| v. | )  ) |
| R&R MEDICAL, LLC d/b/a BEAR KOMPLEX, an Indiana limited liability company, | )  )  ) |
| Defendant. | )  ) |

## PLAINTIFF MONSTER ENERGY COMPANY'S CORPORATE DISCLOSURES PURSUANT TO FED. R. CIV. P. RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, Monster Energy Company, identifies any parent corporation and any publicly held corporation owning 10% or more of its stock as follows: Monster Energy Company is a wholly owned subsidiary of Monster Beverage Corporation, a publicly traded entity. The Coca Cola Company owns approximately 16.7% of the common stock of Monster Beverage Corporation.

                              Respectfully submitted,

Date: May 26, 2021            By: /s/ James W. Riley, Jr.
                                         James W. Riley, Jr. (No. 6073-49)
                                         Jaclyn M. Flint (No. 32589-49)
                                         RILEY BENNETT EGLOFF LLP
                                         500 N. Meridian Street, Suite 550
                                         Indianapolis, IN 46204
                                         Tel: (317) 636-8000
                                         Fax: (317) 636-8027
                                         jriley@rbelaw.com
                                         jflint@rbelaw.com

                                         Steven J. Nataupsky (CA BN 155913)
                                         steven.nataupsky@knobbe.com
                                         *(pro hac vice pending)*
                                         Lynda J. Zadra-Symes (CA BN 156511)
                                         lynda.zadrasymes@knobbe.com
                                         *(pro hac vice pending)*
                                         Sean M. Murray (CA BN 213655)
                                         Sean.murray@knobbe.com
                                         *(pro hac vice pending)*
                                         KNOBBE, MARTENS, OLSON & BEAR, LLP
                                         2040 Main Street
                                         Fourteenth Floor
                                         Irvine, CA  92614
                                         Phone: (949) 760-0404
                                         Facsimile: (949) 760-9502

                                         Ari N. Feinstein (DC BN 888314557)
                                         ari.feinstein@knobbe.com
                                         *(pro hac vice pending)*
                                         KNOBBE, MARTENS, OLSON & BEAR, LLP
                                         1717 Pennsylvania Avenue NW #900
                                         Washington, DC 20006
                                         Phone: (202) 640-6400
                                         Facsimile: (202) 640-6401
                                         Ari.Feinstein@knobbe.com

                                         *Attorneys for Plaintiff*
                                         MONSTER ENERGY COMPANY