**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>R&R MEDICAL, LLC d/b/a BEAR KOMPLEX, an Indiana limited liability company,<br><br>        Defendant. | Civil Case No. 2:21-cv-179-PPS-JPK |

**LOCAL RULE 6-1 NOTICE OF INITIAL EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to N.D. Ind. L.R. 6-1(b), Defendant R&R Medical, LLC d/b/a Bear Komplex ("Defendant"), by counsel, hereby notifies the court of an initial extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint for Trademark and Trade Dress Infringement (the "Complaint").  In support of this notice, Defendant states:

1.      Defendant's original deadline to answer the Complaint is June 21, 2021, which time has not passed.  Defendant's new deadline is July 19, 2021.

2.      The requested extension is for 28 days or fewer.

3.      Defendant's response deadline has not previously been extended.

4.      The undersigned certifies that he has conferred with counsel for Plaintiff, and Plaintiff has agreed to this extension.

Accordingly, the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is automatically extended to and including July 19, 2021.

US.133482534.01

Date: June 18, 2021

Respectfully submitted,

 */s/ Louis T. Perry*
**FAEGRE DRINKER BIDDLE & REATH LLP**
Louis T. Perry (#25736-49)
louis.perry@faegredrinker.com
300 N. Meridian St., Suite 2500
Indianapolis, IN  46204
Phone: (317) 237-0300
Fax:    (317) 237-0000

*Attorneys for Defendant, R&R Medical, LLC d/b/a Bear Komplex*

US.133482534.01