(COURT USE ONLY)

RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

MONSTER ENERGY COMPANY, a Delaware corporation,

v.

R&R MEDICAL, LLC d/b/a BEAR KOMPLEX, an Indiana

Cause No. 2:21-cv-00179

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

MONSTER ENERGY COMPANY,

Party(s) Represented

Prefix (check one)  ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Murray   First Name: Sean   Middle Name/Initial: M

Generation (Sr, Jr, etc):

Firm Name: Knobbe, Martens, Olson & Bear LLP

Street Address: 2040 Main Street   Suite/Room No.: 1400

City: Irvine   State: CA   Zip: 92614

Office Telephone No.: (949) 640-0404   Fax No.: (949) 640-9502

E-Mail Address: sean.murray@knobbe.com

**EDUCATION:**

College: Thomas Aquinas College   Degree: B.A.   Year Completed: 1997

Law School: University of Virginia   Year Graduated: 2000

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| CA | 1991 | ACTIVE | 156511 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S. District Court Central District of California | 2003 | ACTIVE |
| U.S. District Court Southern District of California | 2008 | ACTIVE |
| U.S. District Court of Texas | 2015 | ACTIVE |
| U.S. Court of Appeals for the Federal Circuit | 2004 | ACTIVE |
| See Attachment A  - Additional Courts |  | ACTIVE |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.)  Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)    ☒ No

Applicant: I, [Sean Murray], do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated:  July 14, 2021                                      /s/ Sean Murray
                                                                         Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 7/15/2021

/s/Joshua P. Kolar

Judge, U. S. District Court

Revised 06/05/2013