UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>R&R MEDICAL, LLC d/b/a BEAR KOMPLEX, an Indiana limited liability company,<br><br>Defendant. | Civil Case No. 2:21-cv-179-PPS-JPK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Monster Energy Company and Defendant R&R Medical, LLC d/b/a Bear Komplex, by their respective counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

1

| | |
|---|---|
| */s/ Sean M. Murray* (with permission)<br>James W. Riley (#6073-49)<br>Jaclyn M. Flint (#32589-49)<br>Juliana Yanez (#32201-53)<br>**RILEY BENNETT EGLOFF**<br>500 N. Meridian Street, Suite 550<br>Indianapolis, IN 46204<br>Phone: (317) 636-8000<br>Fax:    (317) 636-8027<br>jrily@rbelaw.com<br>jflint@rbelaw.com<br><br>Steven J. Nataupsky (CA BN 155913)<br>steven.nataupsky@knobbe.com<br>Lynda J. Zadra-Symes (CA BN 156511)<br>lynda.zadrasymes@knobbe.com<br>Sean M. Murray (CA BN 213655)<br>Sean.murray@knobbe.com<br>KNOBBE, MARTENS, OLSON<br>& BEAR, LLP<br>2040 Main Street<br>Fourteenth Floor<br>Irvine, CA  92614<br>Phone: (949) 760-0404<br>Facsimile: (949) 760-9502<br><br>Ari N. Feinstein (DC BN 888314557)<br>ari.feinstein@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR,<br>LLP 1717 Pennsylvania Avenue NW #900<br>Washington, DC 20006<br>Phone: (202) 640-6400<br>Facsimile: (202) 640-6401<br>Ari.Feinstein@knobbe.com<br><br>*Attorneys for Monster Energy Company* | */s/ Louis T. Perry*<br>Louis T. Perry (#25736-49)<br>**FAEGRE    DRINKER    BIDDLE**<br>**& REATH LLP**<br>300 N. Meridian St., Suite 2500<br>Indianapolis, IN  46204<br>Phone: (317) 237 0300<br>Fax:    (317) 237 0000<br>louis.perry@faegredrinker.com<br><br>*Attorneys for Defendant, R&R Medical,*<br>*LLC d/b/a Bear Komplex* |

2