UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| MONSTER ENERGY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:21CV179-PPS/JPK |
| | ) | |
| R&R MEDICAL LLC d/b/a Bear Komplex, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties' Joint Stipulation of Dismissal [DE 24] is SO ORDERED. This action is DISMISSED WITH PREJUDICE, each party bearing its own attorneys' fees and costs.

By the stipulated dismissal, the case is CLOSED.

**SO ORDERED**.

ENTERED: August 31, 2021.

　　　　　　　　　　　　　　　　　　/s/ Philip P. Simon
　　　　　　　　　　　　　　　　　**PHILIP P. SIMON, JUDGE**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**