AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Indiana__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:21-cv-00179-PPS-J | DATE FILED<br>9/8/2021 | U.S. DISTRICT COURT<br>Northern District of Indiana | |
|---|---|---|---|
| PLAINTIFF<br>Monster Energy Corporation | | DEFENDANT<br>R&R Medical d/b/a Bear Komplex | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1. 2,903,214 | 11/16/2004 | Monster Energy Company | |
| 2. 4,011,301 | 8/16/2011 | Monster Energy Company | |
| 3. 4,721,432 | 4/14/2015 | Monster Energy Company | |
| 4. 3,434,821 | 5/27/2008 | Monster Energy Company | |
| 5. 4,625,118 | 10/21/2014 | Monster Energy Company | (Continued on pg. 2) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>9/8/2021 | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☑ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | ***Same as above. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Closed Dismissed 8/31/2021           See Attached Stipulation of Dismissal and Order of Dismissal |

| CLERK<br>Gary T. Bell | (BY) DEPUTY CLERK<br>s/M. Murray | DATE<br>9/9/2021 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District of Indiana___ on the following

☐ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:21-cv-00179-PPS-J | DATE FILED<br>9/8/2021 | U.S. DISTRICT COURT<br>Northern District of Indiana | |
|---|---|---|---|
| PLAINTIFF<br>Monster Energy Corporation | | DEFENDANT<br>R&R Medical d/b/a Bear Komplex | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 6. 5,580,962 | 10/9/2018 | Monster Energy Company | |
| 7. 5,022,676 | 8/16/2016 | Monster Energy Company | |
| 8. 3,908,601 | 1/18/2011 | Monster Energy Company | |
| 9. 3,914,828 | 2/1/2011 | Monster Energy Company | |
| 10. 5,664,586 | 1/29/2019 | Monster Energy Company | (Continued on pg. 3) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>9/8/2021 | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | ***Same as above. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Closed Dismissed 8/31/2021     See Attached Stipulation of Dismissal and Order of Dismissal |

| CLERK<br>Gary T. Bell | (BY) DEPUTY CLERK<br>s/M. Murray | DATE<br>9/9/2021 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Page 3

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Indiana__ on the following

☐ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:21-cv-00179-PPS-J | DATE FILED<br>9/8/2021 | U.S. DISTRICT COURT<br>Northern District of Indiana |
|---|---|---|
| PLAINTIFF<br>Monster Energy Corporation | | DEFENDANT<br>R&R Medical d/b/a Bear Komplex |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 11. 4,865,702 | 12/8/2015 | Monster Energy Company |
| 12. 3,963,668 | 5/17/2011 | Monster Energy Company |
| 13. 3,963,669 | 5/17/2011 | Monster Energy Company |
| 14. 4,051,650 | 11/8/2011 | Monster Energy Company |
| | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>9/8/2021 | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | ***Same as above. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Closed Dismissed 8/31/2021          See Attached Stipulation of Dismissal and Order of Dismissal |

| CLERK<br>Gary T. Bell | (BY) DEPUTY CLERK<br>s/M. Murray | DATE<br>9/9/2021 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R&R MEDICAL, LLC d/b/a BEAR KOMPLEX, an Indiana limited liability company,<br><br>　　　　　Defendant. | Civil Case No. 2:21-cv-179-PPS-JPK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Monster Energy Company and Defendant R&R Medical, LLC d/b/a Bear Komplex, by their respective counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

1

<div style="display: flex;">

<div>

*/s/ Sean M. Murray* (with permission)
James W. Riley (#6073-49)
Jaclyn M. Flint (#32589-49)
Juliana Yanez (#32201-53)
**RILEY BENNETT EGLOFF**
500 N. Meridian Street, Suite 550
Indianapolis, IN 46204
Phone: (317) 636-8000
Fax:    (317) 636-8027
jrily@rbelaw.com
jflint@rbelaw.com

Steven J. Nataupsky (CA BN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA BN 156511)
lynda.zadrasymes@knobbe.com
Sean M. Murray (CA BN 213655)
Sean.murray@knobbe.com
KNOBBE, MARTENS, OLSON
& BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Ari N. Feinstein (DC BN 888314557)
ari.feinstein@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR,
LLP 1717 Pennsylvania Avenue NW #900
Washington, DC 20006
Phone: (202) 640-6400
Facsimile: (202) 640-6401
Ari.Feinstein@knobbe.com

*Attorneys for Monster Energy Company*

</div>

<div>

*/s/ Louis T. Perry*
Louis T. Perry (#25736-49)
**FAEGRE    DRINKER    BIDDLE
 & REATH LLP**
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
Phone: (317) 237 0300
Fax:    (317) 237 0000
louis.perry@faegredrinker.com

*Attorneys for Defendant, R&R Medical,
LLC d/b/a Bear Komplex*

</div>

</div>

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:21CV179-PPS/JPK |
| ) | |
| R&R MEDICAL LLC d/b/a Bear Komplex, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties' Joint Stipulation of Dismissal [DE 24] is SO ORDERED. This action is DISMISSED WITH PREJUDICE, each party bearing its own attorneys' fees and costs.

By the stipulated dismissal, the case is CLOSED.

**SO ORDERED**.

ENTERED: August 31, 2021.

                                                          /s/ Philip P. Simon
                                                          **PHILIP P. SIMON, JUDGE**
                                                          **UNITED STATES DISTRICT COURT**